IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 05-CR-00320-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIO DOUGLAS RODRIGUEZ,

    Defendant.
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant

    The following Minute Order is entered by Judge Walker D. Miller:

    Hearing on the supervised release violation will be held **September 8, 2010, at 10:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: May 24, 2010

                                                s/Jane Trexler, Judicial Assistant