IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Criminal Action No. 05-cr-00320-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIO DOUGLAS RODRIGUEZ,

    Defendant.
_____

## REASSIGNMENT ORDER
_____

    This matter is before me on the Unopposed Motion for Reassignment to Judge Christine M. Arguello which asserts that this case is indeed related to another before my colleague. With her consent and the approval of Chief Judge Wiley Y. Daniel as required by local rule D.C.Colo.LCrR 50.1A, I order that this case be reassigned to Judge Christine M. Arguello. Upon reassignment the Clerk shall change the case number to 05-cr-00320-CMA.

    DATED: June 24, 2010

                                                    BY THE COURT:

                                                    _____
                                                    s/ Walker D. Miller
                                                    United States Senior District Judge